JAMES G. BLAKE, Appellant, v. FRANK FESTA, Respondent.— Upon defendant's motion to vacate a default judgment against him which had been entered in 1935, on the ground that at that time he was an infant and that the summons had not been served in accordance with the provisions of subdivision 1 of section 225 of the Civil Practice Act, the Special Term conducted a hearing, pursuant to the direction of this court (*Blake* v. *Festa*, 283 App. Div. 1068), with respect to the disputed verification of an answer which had been interposed on his behalf and with respect to the extent of his participation in the action after he attained his majority. Thereafter the court made the order, from which plaintiff appeals, vacating the judgment, releasing property from levy and vacating a stay contained in an order in supplementary proceedings. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ., concur. [See *post*, p. 967.]

■

ALBERT BURKEL et al., Respondents, v. LOUISE LIGUORI, Appellant.—In an action to recover the down payment made on the execution of a contract to sell real property, to impress a lien upon said property, and to foreclose the lien, defendant appeals from an order denying her motion for summary judgment. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.

■

NEIL P. CULLOM, Appellant, v. R. HOE & CO., INC., Respondent.— Appeal by plaintiff from two orders made on March 11, 1955, and May 5, 1955, respectively. The first order granted defendant's motion for a change of venue from Suffolk County to New York County, and the second order granted reargument of said motion for change of venue, and adhered to the original decision. Plaintiff excepts from his appeal from the second order so much of said order as granted reargument. Order of May 5, 1955, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Appeal from order of March 11, 1955, dismissed, without costs. That order was superseded by the order of May 5, 1955, granting reargument. Nolan, P. J., Wenzel, Schmidt and Ughetta, JJ., concur; Murphy, J., concurs in the dismissal of the appeal from the order of March 11, 1955, but dissents from the affirmance of the order of May 5, 1955, insofar as appealed from, and votes to modify said order by striking from the ordering paragraph everything following the words "upon re-argument herein" and by substituting a provision that the motion for the change of venue be denied.